

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2020**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WILLIAM A MAYO, SR
TERESA G MAYO                                        CHAPTER 13 BANKRUPTCY
DEBTOR(S)                                            CASE NO.   20-50337-KMS

DAVID RAWLINGS, TRUSTEE

### AGREED ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation of Plan (Dkt. #24) and the parties having agreed, the Court hereby finds, grants, orders that the Debtor(s) be allowed additional time to address the Trustee's concerns/issues.

IT IS, THEREFORE, ORDERED AND ADJUDGED that within 14 days of July 2, 2020, the Debtor(s) shall amend/modify/file the Schedules/Plan/122-C as necessary and provide documentation/information to address the Trustee's concerns/issues.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

| Submitted and Approved By: | Agreed/Approved By: |
|---|---|
| /s/ Tracy A. Walley, MSB#99598 | |
| Attorney for Chapter 13 Trustee | /s/ WILLIAM WESLEY STOVER, JR., |
| PO Box 566, Hattiesburg, MS   39403 | Attorney For the Debtor(s) |
| (601) 582-5011; Email: twalley@rawlings13.net | |